

1  JOHN PATE
   3126 SHATTUCK AVE
2  BERKELEY CALIFORNIA
   94705
3
4  John PATE, IN PRO PER
5
6

**FILED**

**JAN -4 2022**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Fee
Not Pd.
IFPP

7       NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
.8           FOR THE COUNTY OF SAN FRANCISCO
9
10
11

C 22-00046 NP

TSH

12  JOHN PATE,                    ) Case No.:
                                  )
13          Plaintiff,            ) **COMPLAINT**
                                  ) **DEMAND FOR JURY TRIAL**
14      vs.                       )
                                  ) **For Violations of civil rights**
15  TEQUESTA POLICE DEPARTMENT,   )
                                  ) **FALSE ARREST Ca pen ss847 Ca pen ss236**
16  VILLAGE OF TEQUESTA           )
                                  ) **Abuse of Process Ca civ Pro ss425.18**
17  ET AL..
              **ACCEPTING GIFTS/BRIBES Ca pen ss67 et seq.,**
18
              **INTENTIONAL INFLICTION OF EMOTIONAL**
19          Defendant,   **DISTRESS BY GOVERNMENT EMPLOYEE CA**
              **GOUT ss831**
20
21            **Defamation by Libel  Ca civ ss44,**
22            **False Imprisonment Ca pen 236-237**
23            **False Statement by Officer Ca pen ss118.1**
24                                  ,
25  _____
26
27
28

John Pate vs. Village of Tequesta , Officer Lally et al.

1

2

### STATEMENT OF FACTS

3

4

In the year 2008 Plaintiff John Pate was **arrested** by **officer Lally** of the **Tequesta police**

5

**department in Tequesta Florida**.

6

Plaintiff John Pate had the sealed police report and sealed EMS report opened 23 months

7

prior to reporting the false arrest crimes of Officer Lally to the tequesta police department in

8

July of 2021.

9

10

Plaintiff John Pate was unaware the reason for the arrest was a **falsified arrest location by**

11

**officer Lally and sargent** and **Falsified Police Documents** DUE TO HIS CASE BEING SEALED

12

BY THE PROSECUTORS OFFICE.. The location of the incident was the plaintiffs john Pate

13

home residence until he was forced to leave from **occult/gang stalking from the**

14

**respondents at the Tequesta Police Department** and members of the **occult and mafia** in

15

16

**South Florida's Palm Beach County.**

17

18

Plaintiff john Pate has had **ongoing gang stalking** and **Ocult stalking** from **Robert A Pate and**

19

**members of the south florida mafia and occult**, before and since the night in question on plaintiff

20

21

john pates homesteaded property in Tequesta Florida in 2008.

22

23

**Robert A. Pate** has also **gifted with food, alcohol, money, and other benefits members** of

24

the **Tequesta Police** and members of the **Riveara Beach police department** as well as members of

25

26

the **Palm Beach County Sheriff's Department** where **Robert A pate's cousin John Kish was a sheriff**

27

**for decades** and gave Robert A. Pate tips when the Organized Crime taskforce was investigating him

28

in Palm Beach County.  Plaintiff John pate personally witnessed and was harassed repeatedly to join in illegal activities by Robert A. Pate and members of the Occult/Mafia in South Florida and their illegal gambling and loan operations.

Robert A. Pate should have been arrested on the Plaintiff John Pate's residential homesteaded Property.  However John Pate was arrested instead on his own homesteaded property after telling Robert A Pate to leave the property for hours with **Tequesta EMS witnessing events.**  And stating in their own reports that Robert A Pate would not leave my homesteaded home in Tequesta Florida.

Since the sealed EMS report from the evening in question was reopened in 2019 the ems drivers report of ROBERT A PATE trying to have the EMS worker put Plaintiff John Pate in ROBERT A PATES vehicle against the will of John Pate, has been removed from the records.  Plaintiff John Pate would like to subpoena the EMS workers from that evening. These actions along with years of other negative actions have caused plaintiff John pate terrible homelessness and physical problems from the occult and the Colombo Crime Family doing ongoing crimes plaintiff John Pate, to force him into poverty and constantly use him for their financial benefit .  It's a form of modern day slavery their forcing on plaintiff John Pate to support their lives as a group occult and crime organization.

1

2      **False Arrest Ca pen ss 847,Ca pen ss 236**

3          Officer Lally Knowingly and intentionally falsified arrest documents on Plaintiff John Pate in

4      2008.  By falsifying arrest location of Plaintiff John Pate and in doing so caused the illegal detention

5      of Plaintiff John Pate.

6          **Abuse of Process ca civ Pro ss 425.18**

7          Officer Lally et al., used Process of law enforcement and judicial process to have me

8      "punished"  for refusal to work with Robert A. Pate and other members of the Colombo Crime

9      Family operating in South Florida and New York City.

10         **Accepting Gifts/Bribes  Ca pen ss 67 et seq., Ca pen ss165 et seq.**

11         Robert A. Pate has a long history of gifting Law enforcement personnel openly in his bars and

12     restaurants with food and alcohol on a daily basis for decades.  Plaintiff John pate along with

13     thousands of customers have witnessed this personally in his establishments. Portofinos Bar and

14     grill and Flamingos bar and grill are two known restaurants where Robert A Pate was daily buying

15     food and alcohol for law enforcement.

16         Robert A Pate a known mafia figure has many friends in Law enforcement and has

17     exchanged monies with detectives in riveara beach police department as well as Tequesta police

18     where Robert A Pate has gifted with cash members of the Tequesta police department for

19     Christmas in the past.  Plaintiff John Pate believes that payment for the arrest was made after John

20     pate refused to work for the Colombo Crime Family for almost a decade.

21         **Intentional Infliction of Emotional Distress by Government Employee Ca Govt ss831**

22         Plaintiff was told by Tequesta Police 2 weeks earlier that he would be arrested if I did not

23     leave Tequesta Florida Permanently. Police were already friendly with the occult and mafia / neo

24     Nazis in plaintiff John Pates Biological family. Police knew Plaintiff John pate was succeptable to

25     being forced into whatever situation they pleased with the occult and neo Nazis in plaintiff John

26     pates Biological Family and used their authority and community position to force Plaintiff John pate

27     away from his home in south Florida.

28         **Defamation by Libel ca civ ss44**

Due to Officer Lally et al., actions on Plaintiff John Pates Homesteaded property in Tequesta Florida :

Mugshots were released to the public in south Florida forcing me away from my home from embarassement

Plaintiff John pate has lost many corporate job opportunity's due to the Domestic Violence charge when my background report was pulled he was constantly asked about the arrest and constantly turned down for employment opportunity's in the past.

Plaintiff John pates Real estate career was destroyed from everyone in South Florida making a joke out of him from this false arrest and the mugshot photos

Plaintiff  John pate also stopped applying for corporate/office jobs after a few years due to the domestic violence/  false arrest and was forced into labor work and now is partially handicapped from ongoing labor work and can barely walk most days due to untreated physical problems from when plaintiff John pate was a child in the occult neonazi mafia family. Now from his untreated medical problems and ongoing physical labor plaintiff John pate can barely walk. These ongoing physical problems are directly due from this arrest and the doestic violence charge on my record, along with decades of other occult crimes done to him by members of the Colombo Crime Family and associates in New York city, Los Angeles and South Florida.

**False Statement by officer Ca pen ss118.1**

On the night in question officer Lally of the Tequesta Police department falsified the police report to have Plaintiff John pate arrested for refusing to work for the Colombo Crime Family and neo nazi occult in South Florida and New York City.

**False Imprisonment ca pen ss 236-237**

Due to the falsified report by respondents at the Tequesta police Dept. Plaintiff John pate was incarcerated for 2 months in South Florida

1. **Jurisdiction**.  I believe this court has jurisdiction over these proceedings for the following reasons:

a) For the better part of the past 10 years I have been a resident of the state of **California**.

b) I would not be able to procure the money to attend court proceedings in Florida where the respondents reside and where is located the Village of Tequesta and the Tequesta Police Department however due to actions of the Village of Tequesta the neo nazis in my biological family and the Colombo Crime Family I have been unable to find work and pay for any of it.

c) The respondents are affiliated with organized crime in the state of **Florida.** I feel my life would be in serious danger having to sleep on the streets to attend court in South Florida.

d) I could be working in corporate offices in California and paying taxes for the past 10 years but instead I've become a burden on the system and a physical invalid from being forced to do physical labor with my previous physical restraints and physical deformity in my spine and other injuries from these untreated developmental problems from his Youth.

2. **Venue**.

a) Due to other financial problems arising from Advanced Degenerative Disc Disease and the Physical restraints I have and mobility problems I suffer from due to Advanced Degenerative Disc Disease itself it is impossible to attend court in South Florida

b) I have no objection to video depositions or electronic testimony or transfer of

information of any kind within the court system if it makes it easier to and less

costly for the courts and all parties included

c) **Plaintiff John Pate** attempted for over a decade to have Robert A. Pate of the

Colombo Crime Family remove these arrests from his record with no response

from Robert A Pate or the Village of Tequesta.

3. **Intradistrict Assignment.**

San Francisco/Oakland

**EXHIBITS FROM ARREst**

1. First appearance where I was still drugged from Robert A Pate Oct 20 2008

Judge marx postponed hearing

<u>2</u>. Second "first appearance" oct 22nd less drugged from Robert A Pate but still postponed when lawyer set plaintiff John Pate  up for Robert and tried to get him 2 years in county prison for not working for the Colombo Crime Family.  Plaintiff John Pate had never met the lawyer John Olea and was informed by Robert A Pate that he was sorry for what he did with the false arrestand the game the tequesta police played with driving off my property and leaving tresspasser and member of the COLOMBO CRIME FAMILY ROBERT A PATE ON MY PROPERTY only to return literally 7 seconds later , get out of their nazi police car and arrest me instead of removing Robert A Pate **from my HOMESTEADED PROPERTY IN SOUTH FLORIDA and**  then Robert A Pate retained a lawyer for the plaintiff.  Only to have Plaintiff John pate walk into court expecting to go home and instead the lawyer this creep scumbag Robert A Pate hired tried at the spped of light to get me sentenced to 2 years in county prison **for refusal to work for the COLOMBO CRIME FAMILY AND THE NEO NAZIS IN SOUTH FLORIDA.**   It happened so fast I was very lucky **Judge Krista Marx** postponed the hearing a second time not understanding why they were trying to get me sentenced for two years in county jail for this ridiculous situation.
<u>3</u>.Court papers from arrest.
<u>4</u>.Third "first Appearance" judge changed to T Booras  and was released having to go to rehab as **punishment for refusal to work for the COLOMBO CRIME FAMILY** .

John Pate vs. Village of Tequesta , Officer Lally et al.

**5.** Court Papers from JDG.T.Booras.

**6.** Victim / Witness info showing my neighbor across the hall calling the police when Robert A Pate would not leave my HOMESTEADED PROPERTY in South Florida. After hours of telling him to go.

**7.** victim info page from night of false arrest.

**8.** Officer lally of Tequesta Police Department .  why was no cantact order recinded?  It does not make sense this is a very abusive stalker.

**9. thru 12.**  Court Papers from Lawyer Tony Olea. This is the Lawyer that Robert A Pate retained for Plaintiff John Pate while he was trapped in county jail unable to get his own lawyer.  This is the lawyer that tried to get me sentenced to 2 years in county jail for a false arrest , after Plaintiff JOHN PATE refused to work for Robert A Pate and the Occult/ COLOMBO CRIME FAMILY  in South Florida . Plaintiff John Pate had spoken to Olea after the hearing from the county jail telephone and screamed at him very badly.  The next appearing with Judge T Booras the case was quieted and Plaintiff John Pate was forced to complete a 1 month drug rehab owned and opperated by members of the occult Robert A Pate in South Florida works with and host gambling for. Joe Horrocks and Gerry from Sunrise Detox use an American scam called "raising the bottom" constantly on people in drug and alcohol recovery to get them to fill their rehabs and tons of other illicit reasons for financial profiting and sexual reasons.   **Its one of the bigger mafia scams their running in the Medical and Mental health communitys.** And their "REHAB community" is a veritable spawning ground for the OCCULT.

**13.** BLANK.

**14.** First EMS report (missing report states that Robert A Pate was trying to have EMS wortkers place Plaintiff John Pate in Robert A Pates car against Plaintiff John Pates will hours before tequesta police arrived at JOHN PATES HOMESTEADED PROPERTY in South Floridas Village of Tequesta.

**15.** Patient request for medical records 11/14/2019 during my last restraing ordr hearing against Robert A Pate in Miami in 2019.

**16.**  Court Ordered sealed filewhy was this file sealed without court appointed authority to open it? very pecular.

**17. – 18.** Refusal of treatment and other ems records.

*Everything I John Pate stated is true under Punishment of Purgery*

DATED: December 22, 2021

X ⟋⟋⟋⟋⟋⟋

JOHN PATE

In Pro Per

## DEMAND FOR RELIEF

Pate vs. Village of Tequesta et Al.

Plaintiff john pate demands for relief in the amount of

Punitivedamage: five hundred thousand **500,000.00 usdollars**

Compensatordamage: fivehundredthousand **500,000.00usDollars**

1)   Total financial relief 1,000,000.00usd

      one million dollars and zero cents

2)   Plaintiff John pate also requests to have any

record of this arrest expunged.

Dated_____        X_____

                          **JOHN PATE**

## **DEMAND FOR A JURY TRIAL**

**I demand a Jury Trial**    YES     NO ▨

I Plaintiff John Pate Demand a Jury Trial for the False arrest and other crimes commited on me by the Officer Lally of the Village of Tequesta and the Colombo Crime Family

DATED: December 22, 2021

X ~~~~~~~~~~~
John Pate
In Pro Per

# FIRST APPEARANCE DISPOSITION RECORD

1st Appearance Date: ___20-Oct-2009___   Time: __09:00:00__

Book #: __2009065421__   Arrest/Rearrest Date: __19-Oct-2009__   Jacket #__4000615__   ID: __Z0632953__

Case ID: __2009MM020106AXX__   PATE, JOHN

─────────────────────── **Charge Information** ───────────────────────

Charge: __DOMESTIC BATTERY__   Cit. #_____

Charge: _____   Cit. #_____

Charge: _____   Cit. #_____

1st App. Date: __20-Oct-2009__   Judge: __KMARX__   ASA: _Y_   APD: _Y_   LANG: _____   Def. Pres: _Y_

ADV of Rights: _Y_   Sworn/Test: _Y_   PC Found: _Y_   Bond: __NONE__

Bond Red: _N_   SAO Obj: _N_   Mod Bond: _____   Rel Code: _____

Bond ~~Amt~~: __NO BOND PENDING MHA__

Comments: __FATHER PRESENT. NO VIOLENT CONTACT W/VICTIM. COURT ORDERS MENTAL HEALTH ASSESSMENT.__   KT

─────────────────────── **Schedule Information** ───────────────────────

Event: __FAP__   Division: _F_   Room: _1_   Locn: __GB__

Return Date: __22-Oct-2009__   Time: __09:00:00__   Calendar Type: __FAP__

**AT THE FOLLOWING LOCATION:**

☐ **COUNTY COURTHOUSE**
205 N. DIXIE HIGHWAY
ROOM _____
WEST PALM BEACH

☐ **CRIMINAL JUSTICE COMPLEX**
3228 GUN CLUB ROAD
WEST PALM BEACH

☐ **SO. COUNTY COURTHOUSE**
200 W. ATLANTIC AVENUE
COURTROOM # _____
DELRAY BEACH

☐ **COMMUNITY JUSTICE SVC. CTR**
2107 N. TAMARIND AVENUE
WEST PALM BEACH

☐ **COMMUNITY JUSTICE SVC. CTR**
4215 CHERRY ROAD
WEST PALM BEACH

☐ **N.E. COUNTY COURTHOUSE**
3188 PGA BOULEVARD
ROOM 212
PALM BEACH GARDENS

☐ **CRIMINAL JUSTICE BUILDING**
38844 STATE ROAD 80
COURTROOM _____
BELLE GLADE

DEFENDANT X_____   BY_____
DEPUTY CLERK - COUNTY CLERK - PALM BEACH COUNTY, FL

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT KRISTA GARBER, ADA COORDINATOR, IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NO. DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS NOTICE. IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771.

FORM # FAF - 1 (REV. 12/07)

 

## FIRST APPEARANCE DISPOSITION RECORD

1st Appearance Date: __22-Oct-2009__                                    Time: __09:00:00__

Book #: __2009055421__          Arrest/Rearrest Date: __18-Oct-2009__          Jacket # __4000815__          ID: __Z0632953__

Case ID: __2009MM020106AXX__          PATE, JOHN

─────────────── **Charge Information** ───────────────

Charge: __DOMESTIC BATTERY__                                                        Cit. #_____

Charge: _____                                  Cit. #_____

Charge: _____                                  Cit. #_____

1st App. Date: __22-Oct-2009__     Judge: __KMARX__          ASA __X__   APD __Y__   LANG: _____   Def. Pres __Y__

ADV of Rights: __Y__   Sworn/Test: __Y__   PC Found: __Y__   Bond: __NONE__

Bond Red: __Y__   SAO Obj: __N__   Mod Bond: _____   Rel Code: _____

Bond A/C: _____

Comments: __M/H ASSESS SEALED AND FILED,  FAMILY PRESENT,  INCUSTODY SAAP EVAL TO BE PLACED IN FILE          -EY-__

─────────────── **Schedule Information** ───────────────

Event: __FAP__          Division: __F__          Room: __1__     Locn: __GB__

Return Date: __26-Oct-2009__          Time: __09:00:00__          Calendar Type: __FAP__

**AT THE FOLLOWING LOCATION:**

❑ **COUNTY COURTHOUSE**
205 N. DIXIE HIGHWAY
ROOM _____
WEST PALM BEACH

❑ **CRIMINAL JUSTICE COMPLEX**
3228 GUN CLUB ROAD
WEST PALM BEACH

❑ **SO. COUNTY COURTHOUSE**
200 W. ATLANTIC AVENUE
COURTROOM # _____
DELRAY BEACH

❑ **COMMUNITY JUSTICE**
**SVC. CTR**
2107 N. TAMARIND AVENUE
WEST PALM BEACH

❑ **COMMUNITY JUSTICE**
**SVC. CTR**
4215 CHERRY ROAD
WEST PALM BEACH

❑ **N.E. COUNTY COURTHOUSE**
3188 PGA BOULEVARD
ROOM 212
PALM BEACH GARDENS

❑ **CRIMINAL JUSTICE BUILDING**
38844 STATE ROAD 80
COURTROOM
BELLE GLADE

DEFENDANT __X_____

BY _____
DEPUTY CLERK - COUNTY CLERK - PALM BEACH COUNTY, FL

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT KRISTA GARBER, ADA COORDINATOR, IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NO. DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS NOTICE. IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771.

FORM # FAF - 1 (REV. 12/07)

 

## IN THE CIRCUIT COURT, 15TH JUDICIAL CIRCUIT, PALM BEACH COUNTY, FLORIDA

STATE OF FLORIDA

BOOKING NO/CASE NO. 2009mm30106 200905542-1

[ ] FELONY
[X] MISDEMEANOR
[ ] CRIMINAL TRAFFIC

V. Pate, John

### ORDER

THE DEPENDANT is here for a non-adversary probable cause determination (a first court appearance). See Rule 3.131.

**Fla.R.Cr.P.** He/She is in custody charged with the offense(s) named in the Booking Slip and/or Charging Document of Record.

**THE COURT FINDS AND ORDERS AS FOLLOWS:**

**PROBABLE CAUSE EXISTS** for the pending charge(s) (unless otherwise checked below), **AND** while the defendant awaits trial.

    [ ] **RELEASE ON OWN RECOGNIZANCE** is hereby ordered.
    [ ] **NO BOND** is allowed because this is a capital or life felony and/or for other good cause shown.
    [ ] Defendant is ordered held **NO BOND PENDING FORENSIC** evaluation. and return to Court.
    [ ] Defendant ordered held **NO BOND PENDING SAAP** (ie., **substance abuse**) evaluation and return to Court.

    [ ] **NO BOND PENDING FURTHER HEARING** for _____

    [ ] **BOND** is set in the amount of $_____ (including the following ONE condition if checked).
        [ ] **ALTERNATIVE S.O.R.** (Supervised Release on Own Recognizance) is also authorized.
        [ ] **PLUS S.R.** (Supervised Release by SOR Program) if and only if the bond set above is posted.

        [ ] **PLUS HOUSE ARREST** per court order and only if bond as set above is posted. [ ] **FILED OCT 20 2009**
        [ ] **The ALTERNATIVE of HOUSE ARREST** is allowed only if Defendant qualifies for PBSO & COUNTY COURTS CIRCUIT & (CRIMINAL DIV.)
    [ ] **COURT ORDERED HOUSE ARREST.**
    [ ] **COURT ORDERED SUPERVISED RELEASE.**
    [ ] **CUSTODY RELEASE** to _____
[ ] **NO PROBABLE CAUSE** exits, **THEREFORE** Defendant is **RELEASED ON OWN RECOGNIZANCE.**
[ ] **NO PROBABLE CAUSE** but **HEARING CONTINUED** for supplemental P.C. (not more than 72 hours) until __/__/__.

### CONDITIONS OF RELEASE

Defendant is required to: (1) appear at time set for arraignment and all other set times for court proceedings in this case, (2) keep the Clerk of Court notified to Defendant's current and correct mailing address, (3) understand that mailing of notice of court proceedings to Defendant's address as provided to Clerk constitutes legal notice of court proceedings if mailed at least 72 hours before time of hearing, and (4) comply with the following additional conditions:

[ ] **NON CONTACT WITH VICTIM(S)** direct or indirect (except through attorneys) _____
[ ] **NO CONTACT WITH ANY CO-DEFENDANT(S)** direct or indirect (except through attorneys) _____
[ ] **NO CONTACT WITH ANY WITNESSES** _____
[ ] **NO VIOLENT CONTACT WITH VICTIM(S)** [per victim request only] _____
[ ] **CHILD VISITS** _____
[ ] **CURFEW** [ ] 24 hours a day, or [ ] from _____ to _____. [ ] **EXCEPTIONS** _____
[ ] Sign up for and comply with **BATTERERS INTERVENTION PROGRAM.** (Select program now in Court on records.
[ ] Immediately obtain a **SAAP EVALUATION** (substance abuse evaluation) within 48 hours, and comply with all recommended treatment.
[ ] Be subject 24 hours a day to **RANDOM TESTING** at Defendant's expense for [ ] **ALCOHOL** and/or for [ ] **DRUGS.**
[ ] Attend **ANGER MANAGEMENT CLASSES.** [ ] using a program **WITH SUBSTANCE ABUSE COMPONENT.**
[ ] **NO ALCOHOL** possession or consumption, no visits to bars or lounges or any places where alcohol is a primary business.
[ ] **NO WEAPONS** in Defendant's possession, constructive or otherwise, or in **Defendant's residence** or vehicle.
[ ] **DO NOT LEAVE PALM BEACH COUNTY** except with prior authorization of Court.
[ ] Prior to release from custody, submit to **HIV/STD/HBS-Ag TEST** with results returnable to victim(s) and Defendant only.
[ ] Submit to **MENTAL HEALTH EVALUATION** at Community Mental Health Center or by private psychiatrist (not psychologist) within 48 hours **AND COMPLY** with any and all recommended treatment and medication.

[ ] **OTHER** _____

**DONE AND ORDERED** this __20__ day of __Oct 2009__ at West Palm Beach, Florida.

PRESIDING JUDGE Krista Marx

FAF-2 (REV. 9/01)

Form 48

SCANNED OCT 23 2009

(4)



## FIRST APPEARANCE DISPOSITION RECORD

1st Appearance Date: _26-Oct-2009_   Time: _09:00:00_

Book #: _2009055421_   Arrest/Rearrest Date: _18-Oct-2009_   Jacket #: _4000815_   ID: _Z0632953_

Case ID: _2009MM020106AXX_   PATE, JOHN

─────── **Charge Information** ───────

Charge: _DOMESTIC BATTERY_   Cit. # _____

Charge: _____   Cit. # _____

Charge: _____   Cit. # _____

1st App. Date: _26-Oct-2009_   Judge: _TBOORAS_   ASA: _Y_   APD: _N_   LANG: ____   Def. Pres.: _Y_

ADV of Rights: _Y_   Sworn/Test: ___   PC Found: _Y_   Bond: _NONE_

Bond Red: _Y_   SAO Obj: _N_   Mod Bond: _$5000_   Rel Code: _____

Bond A/C: _____

Comments: _PVT ATTY PRESENT, VICTIM PRESENT-NO VIOLENT CONTACT_
_COURT RECOMMENDS DEFT TO BE PLACED IN "T" DORM.       (TGC)_

─────── **Schedule Information** ───────

Event: _AR_   Division: _DVTD_   Room: _2C_   Locn: _MB_

Return Date: _16-Nov-2009_   Time: _13:00:00_   Calendar Type: _CAL_

**AT THE FOLLOWING LOCATION:**

❑ COUNTY COURTHOUSE
205 N. DIXIE HIGHWAY
ROOM
WEST PALM BEACH

❑ CRIMINAL JUSTICE COMPLEX
3228 GUN CLUB ROAD
WEST PALM BEACH

❑ SO. COUNTY COURTHOUSE
200 W. ATLANTIC AVENUE
COURTROOM # _____
DELRAY BEACH

❑ COMMUNITY JUSTICE
SVC. CTR
2107 N. TAMARIND AVENUE
WEST PALM BEACH

❑ COMMUNITY JUSTICE
SVC. CTR
4215 CHERRY ROAD
WEST PALM BEACH

❑ N.E. COUNTY COURTHOUSE
3188 PGA BOULEVARD
ROOM 212
PALM BEACH GARDENS

❑ CRIMINAL JUSTICE BUILDING
38844 STATE ROAD 80
COURTROOM
BELLE GLADE

DEFENDANT X_____

BY_____
DEPUTY CLERK - COUNTY CLERK - PALM BEACH COUNTY, FL

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT KRISTA GARBER, ADA COORDINATOR, IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NO. DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS NOTICE. IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771.

FORM # FAF - 1 (REV. 12/07)

(5)

IN THE CIRCUIT COURT, 15TH JUDICIAL CIRCUIT, PALM BEACH COUNTY, FLORIDA

2009035421          18-Oct-2009

**STATE OF FLORIDA**

BOOKING NO/CASE NO. _____ 2009MM020106AXX

[ ] FELONY
[X] MISDEMEANOR
[ ] CRIMINAL TRAFFIC

V.    **PATE, JOHN**

## ORDER

THE DEPENDANT is here for a non-adversary probable cause determination (a first court appearance). See Rule 3.131.
Fla.R.Cr.P. He/She is in custody charged with the offense(s) named in the Booking Slip and/or Charging Document of Record.

**THE COURT FINDS AND ORDERS AS FOLLOWS:**

PROBABLE CAUSE EXISTS for the pending charge(s) (unless otherwise checked below), AND while the defendant awaits trial.

[ ] **RELEASE ON OWN RECOGNIZANCE** is hereby ordered.
[ ] **NO BOND** is allowed because this is a capital or life felony and/or for other good cause shown.
[ ] Defendant is ordered held **NO BOND PENDING FORENSIC** evaluation and return to court.
[ ] Defendant ordered held **NO BOND PENDING SAAP** (ie., substance abuse) evaluation and return to Court.
[ ] **NO BOND PENDING FURTHER HEARING** for _____
[ ] **BOND** is set in the amount of $ _____ (including the following SOR conditions if checked):
    [ ] **ALTERNATIVE S.O.R.** (Supervised Release on Own Recognizance) is also authorized.
    [ ] **PLUS S.R.** (Supervised Release by SOR Program) if and only if the bond set above is posted.
    [ ] **PLUS HOUSE ARREST** per court order and only if bond as set above is posted. [ ]_____
    [ ] The **ALTERNATIVE of HOUSE ARREST** is allowed only if Defendant qualifies for PBSO House Arrest.
[ ] **COURT ORDERED HOUSE ARREST.**
[ ] **COURT ORDERED SUPERVISED RELEASE.**
[ ] **CUSTODY RELEASE** to _____
[ ] NO PROBABLE CAUSE exits, THEREFORE Defendant is **RELEASED ON OWN RECOGNIZANCE.**
[ ] NO PROBABLE CAUSE but HEARING CONTINUED for supplemental P.C. (not more than 72 hours) until ___/___/___.

**FILED**
**OCT 2 6 2009**
CIRCUIT & COUNTY COURTS
(CRIMINAL DIV.)

### CONDITIONS OF RELEASE

Defendant is required to: (1) appear at time set for arraignment and all other set times for court proceedings in this case, (2) keep the Clerk of Court notified to Defendant's current and correct mailing address, (3) understand that mailing of notice of court proceedings to Defendant's address as provided to Clerk constitutes legal notice of court proceedings if mailed at least 72 hours before time of hearing, and (4) comply with the following additional conditions:

[ ] NON CONTACT WITH VICTIM(S) direct or indirect (except through attorneys) _____
[ ] NO CONTACT WITH ANY CO-DEFENDANT(S) direct or indirect (except through attorneys) _____
[ ] NO CONTACT WITH ANY WITNESSES _____
[ ] NO VIOLENT CONTACT WITH VICTIM(S) [per victim request only] _____
[ ] CHILD VISITS _____
[ ] CURFEW [ ] 24 hours a day, or [ ] from _____ to _____ [ ] EXCEPTIONS _____
[ ] Sign up for and comply with **BATTERERS INTERVENTION PROGRAM.** (Select program now in Court on records.
[ ] Immediately obtain a **SAAP EVALUATION** (substance abuse evaluation) within 48 hours, and comply with all recommended treatment.
[ ] Be subject 24 hours a day to **RANDOM TESTING** at Defendant's expense for [ ] **ALCOHOL** and/or for [ ] **DRUGS.**
[ ] Attend **ANGER MANAGEMENT CLASSES,** [ ] using a program **WITH SUBSTANCE ABUSE COMPONENT.**
[ ] **NO ALCOHOL** possession or consumption, no visits to bars or lounges or any places where alcohol is a primary business.
[ ] **NO WEAPONS** in Defendant's possession, constructive or otherwise, or in **Defendant's residence** or vehicle.
[ ] **DO NOT LEAVE PALM BEACH COUNTY** except with prior authorization of Court.
[ ] Prior to release from custody, submit to **HIV/STD/HBS-Ag TEST** with results returnable to victim(s) and Defendant only.
[ ] Submit to **MENTAL HEALTH EVALUATION** at Community Mental Health Center or by private psychiatrist (not psychologist) within 48 hours **AND COMPLY** with any and all recommended treatment and medication.

[ ] OTHER _____

DONE AND ORDERED this _____ day of _____ at West Palm Beach, Florida.

_____
PRESIDING JUDGE

26th          October, 2009

FAF-20 REV. 5/01

**TED BOORAS**          Form 48

# VICTIM / WITNESS INFORMATION

| ☒ VICTIM | Pate | Robert | A | White | Male | 12/23/1948 |
|---|---|---|---|---|---|---|
| ☐ WITNESS | Name (Last) | (First) | (Middle) | (Race) | (Sex) | (Date of Birth) |
| | 10854 Egret Pointe Ln | West Palm Beach   Florida | 33412 | 561-358-5782 | | |
| ☐ OWNER | Home Address (Street, Apt. Number) | (City)   (State) | (Zip) | (Phone) | | ADDRESS SOURCE |
| | Retired | | | | | ☐ Verbal |
| | Business (Name & Address) | (City)   (State) | (Zip) | (Phone) | | ☒ Driver's License |
| | | | | | | ☐ Voter's ID |
| | | | | | | ☐ Other |

Victim of Domestic Battery
Synopsis of Testimony

| ☐ VICTIM | Zoeller | Philip | ] | White | Maile | 11-21-1956 |
|---|---|---|---|---|---|---|
| ☒ WITNESS | Name (Last) | (First) | (Middle) | (Race) | (Sex) | (Date of Birth) |
| | 272 Village Blvd | Tequesta   Florida | 33469 | 561-745-0355 | | |
| ☐ OWNER | Home Address (Street, Apt. Number) | (City)   (State ) | (Zip) | (Phone) | | ADDRESS SOURCE |
| | | | | | | ☐ Verbal |
| | Business (Name & Address) | (City)   (State) | (Zip) | (Phone) | | ☐ Driver's License |
| | | | | | | ☐ Voter's ID |
| | | | | | | ☒ Other   Statement |

Witness to physical altercation between parties
Synopsis of Testimony

| ☐ VICTIM | | | | | | |
|---|---|---|---|---|---|---|
| ☐ WITNESS | Name (Last) | (First) | (Middle) | (Race) | (Sex) | (Date of Birth) |
| | Home Address (Street, Apt. Number) | (City)   (State) | (Zip) | (Phone) | | ADDRESS SOURCE |
| ☐ OWNER | | | | | | ☐ Verbal |
| | Business (Name & Address) | (City)   (State) | (Zip) | (Phone) | | ☐ Driver's License |
| | | | | | | ☐ Voter's ID |
| | | | | | | ☐ Other |

Synopsis of Testimony

| ☐ VICTIM | | | | | | |
|---|---|---|---|---|---|---|
| ☐ WITNESS | Name (Last) | (First) | (Middle) | (Race) | (Sex) | (Date of Birth) |
| | Home Address (Street, Apt. Number) | (City)   (State) | (Zip) | (Phone) | | ADDRESS SOURCE |
| ☐ OWNER | | | | | | ☐ Verbal |
| | Business (Name & Address) | (City)   (State) | (Zip) | (Phone) | | ☐ Driver's License |
| | | | | | | ☐ Voter's ID |
| | | | | | | ☐ Other |

Synopsis of Testimony



RELATIONSHIP BETWEEN VICTIM AND SUSPECT: <u>Father and Son</u>

PHOTOGRAPHS
    SCENE:        YES☐    NO☒
    VICTIM:      YES☐    NO☒

911 CALL:         YES☒    NO☐    CALLER: <u>NEIGHBOR</u>

WEAPON USED:    YES☐    NO☒    TYPE: _____

WITNESS:         YES☒    NO☐    (IF YES, ATTACH WITNESS LIST)

INJURIES:         YES☐    NO☐

MEDICAL TREATMENT:  YES☐    NO☒
    SCENE:        YES☐    NO☒    PARAMEDICS: _____
    HOSPITAL:    YES☐    NO☒    PHYSICIAN(S): _____
                                HOSPITAL: _____

COMMITTED IN PRESENCE OF MINOR(S):   YES☐    NO☒
    NAMES / AGES: _____

DCF NOTIFIED:      YES☐    NO☒

VICTIM PREGNANT:   YES☐    NO☒

VIOLATION OF RESTRAINING ORDER:   YES☐    NO☒    CASE #: _____

PRIOR HISTORY OF DOMESTIC VIOLENCE:   YES☐    NO☒

ALCOHOL OR DRUGS INVOLVED:   YES☒    NO☐

<u>VICTIM CONTACT INFORMATION</u>

PHONE: HM: <u>561-358-5782</u>   WK: _____   CELL: _____   EMPLOYER: <u>RETIRED</u>

RELATIVE: NAME: <u>Martine Pate</u>      PHONE #: <u>561-358-5782</u>
    ADDRESS: <u>10854 Egret Pointe Ln, West Palm Beach Florida 33412</u>

STATE OF FLORIDA
COUNTY OF PALM BEACH

Appeared before me, __M. LALLY__ , (print name) personally known to me, who, being first duly sworn, says that the facts above, based upon my investigation, are true.

__#1168__
SIGNATURE OF ARRESTING OFFICER

Sworn to and subscribed to before me this _18_ day of _OCTOBER_ , 20_09_

NOTARY / CLERK OF COURT / OFFICER (F.S. 117.10)

2

*shows sabotage w/ Martine*

(8)

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CRIMINAL DIVISION "DVTD"

OFC. MAX LALLY, 1168
TEQUESTA POLICE DEPARTMENT
92-09-000687

CASE NO. 2009MM020106A99
Booking No. 2009055421

STATE OF FLORIDA

vs.

JOHN PATE, W/M, 10/01/1979 ████████████

**NO FILE FOR:**

1)     DOMESTIC BATTERY

While there was probable cause for arrest, the State enters a No File.

MICHAEL F. McAULIFFE
STATE ATTORNEY

DATE: November 9, 2009

By: _____
TONYA VU SHEPHERD
Assistant State Attorney
FL. BAR NO. 0178756

**CLERK AND SHERIFF TO RESCIND NO CONTACT ORDER**

SCANNED
NOV 09 2009

FAXED TO: PBSO CENTRAL RECORDS/11-09-09/AP

(9)

# OLEA & PORCELLA, P.A.

ATTORNEYS AT LAW

PROSPERITY GARDENS, SUITE 228

11382 PROSPERITY FARMS ROAD

PALM BEACH GARDENS, FLORIDA 33410-3477



02 1P
0004446086   OCT 27  2009
MAILED FROM ZIP CODE 33401

Palm Beach County Courthouse

Attn: TR/MM Division

205 North Dixie Highway, 2nd Floor

West Palm Beach, Florida 33401



( 10 )

# IN THE COUNTY COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA
### MISDEMEANOR DIVISION

STATE OF FLORIDA,

vs.                                    CASE NO.: 2009 MM 020106 AXX

JOHN PATE,
    **Defendant.**
_____/

## PRAECIPE FOR APPEARANCE, WAIVER OF ARRAIGNMENT
## PLEA OF NOT GUILTY, AND DEMAND FOR JURY TRIAL

    The Clerk of the above-styled Court in and for Palm Beach County, Florida, Misdemeanor

Division, will please enter the appearance of the undersigned attorney for the Defendant, **JOHN**

**PATE,** in the above-entitled cause.

    The Defendant, John Pate, hereby waives arraignment currently set for ***November 16, 2009,***

***at 1:00 p.m., before Judge Cunningham***, enters a plea of Not Guilty, and demands trial with jury.

The Clerk will take the aforementioned hearing off the Court Calendar and will set cause for trial

forthwith, sending notice of trial to the undersigned attorney.

    **I HEREBY CERTIFY** that a copy of the foregoing has been furnished by hand to the State

Attorney's Office, MM Division, 401 N. Dixie Highway, West Palm Beach, Florida 33401 on

**October 27, 2009.**

                                      *OLEA & PORCELLA, P.A.*
                                      11382 Prosperity Farms Rd., Suite 228
                                      Palm Beach Gardens, Florida 33410
                                      Tel: 561-624-7717   Facs.: 561-624-7728
                                        E-mail:   john@olealaw.com
                                        Attorney for Defendant

                                        By: _____
                                        JOHN OLEA(Fla. Bar No. 88269)

SCANNED
OCT 2 9 2009
DT

(11)

IN THE COUNTY COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
MISDEMEANOR DIVISION

STATE OF FLORIDA,

vs.                                                      CASE NO.: 2009 MM 020106 AXX

JOHN PATE,
          Defendant.
_____/

## NOTICE OF DEFENDANT'S INTENT TO PARTICIPATE IN DISCOVERY

        The Defendant, **JOHN PATE**, by and through the undersigned attorney and pursuant to Rule 3.220(b)(1), of the Florida Rules of Criminal Procedure (as amended July 1, 2000), hereby serves notice of intent to participate in discovery and requests the following information to be provided by the prosecution for inspection, copying, testing or photographing:

1.      The names and addresses of all persons known to the prosecutor to have information which may be relevant to the offense charged, and to any defense with respect thereto; and

2.      The statement of any person whose name is furnished in compliance with the preceding paragraph.  The term "statement" as used herein includes a written statement made by said person and signed or otherwise adopted or approved by him, and also includes any statement of any kind or manner made by such person and written or recorded or summarized in any writing or recording.  The term "statement" is specifically intended to include all police and investigative reports of any kind prepared for or in connection with the case.

3.      Any written or recorded statement and the substance of any oral statements made by the accused, including a copy of any statements contained in police reports or report summaries, together with the name and address of each witness to the statements.

4.      Any written or recorded statements and the substance of any oral statements made by a co-defendant if the trial is to be a joint one.

5.      Those portions of recorded grand jury minutes that contain testimony of the accused.

6.      Any tangible papers or objects which were obtained from or belonged to the accused.

7.      Whether the State has any material or information which has been provided by a confidential informant.

8.      Whether there has been any electronic surveillance including wiretapping of the premises of



SCANNED

OCT 2 9 2009
DT

( 17 )

the accused, or of conversations to which the accused was a part, and any documents relating thereto.

9.   Whether there has been any search or seizure and any documents relating thereto.

10.   Reports or statements of experts made in connection with the particular case, including results of physical or mental examinations and of scientific tests, experiments or comparisons.

11.   Any tangible papers or objects which the prosecuting attorney intends to use in the hearing or trial and which were not obtained from or belonged to the accused.

12.   The undersigned certifies that his Notice is filed in good faith pursuant to Rule 3.220(n)(3) of the Florida Rules of Criminal Procedure (as amended July 1, 2000).

**WHEREFORE**, the Defendant, **JOHN PATE**, by and through the undersigned counsel respectfully requests the prosecution to provide the above information pursuant to Rule 3.220(b)(1)(2000) in a manner mutually agreeable to State and defense, or provide notice that a Court Order need be sought in accordance with Fla. R. Crim. P. 3.220 (b) (3) (2000).

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by hand to the State Attorney's Office, MM Division, 401 North Dixie Highway, West Palm Beach, Florida 33401 on **October 27, 2009.**

*OLEA & PORCELLA, P.A.*
11382 Prosperity Farms Road, Suite 228
Palm Beach Gardens, Florida 33410
Tel: 561-624-7717   Facs.: 561-624-7728
E-mail:   john@olealaw.com
Attorney for Defendant

By
JOHN OLEA
Fla. Bar No. 88269

11382 Prosper.
Palm Beach Gardens, Florida 33410
Tel: 561-624-7717    Facs.: 561-624-7728
E-mail:    john@olealaw.com
Attorney for Defendant

By: _____
JOHN OLEA(Fla. Bar No. 88269)

SCANNED
OCT 2 9 2009
DT



Tequesta Fire-Rescue (EMSID: 5021; FDID: 06282)
357 Tequesta Dr.
Tequesta, FL 33469-3088
(561) 744-4051 x

Tequesta Fire-Rescue    Incident Date: 10/19/2009
Incident Number: 090953    Patient of
R-85    Shift: C

---

NARRATIVE:
This was called in by a third person as an OD. R85 staged for TPD until
scene was cleared. Upon our arrival a 30 y/o male was sittining on his
couch watching TV and smoking a ciggarete. He was alert and oriented
x3. He answered all questions appropriately and denied any injuries or
illnesses. He stated that his father called 911 and that his father is
a "hypochondriac". He stated that similar events have happened in the
past where his father over-reacted. He agreed to a minor assessment
due to PD's presents. His vitals and pupils were assessed. B/P-132/81,
Pulse-112, Resp-20, SaO2-97, PERL and slightly dilated. He refused any
further assessment and signed the Release of liability form. He was
left with TPD and R85 cleared the scene returning to quarters.

---

INCIDENT INFORMATION:
Incident location:  272 VILLAGE Blvd 7208  Tequesta, PALM BEACH COUNTY
   OT13, FL 33469        District 2

Nature of call as dispatched: Drug/Alcohol OD
Delay Response to Scene: Other

Disposition:  Non-Transport No Patient Found

10/19/2009 09:05:00 Call Received

10/19/2009 09:05:00 Dispatched
10/19/2009 09:06:00 Depart
10/19/2009 09:27:00 Available

Response to scene: Lights and Sirens
How EMS Accessed:

Lead Crew Member: Harris, Gary Paramedic (JA303913)
Crew Member 2: Spurgeon, Mark EMT (JT085817)
Crew Member 3: Hill, Lee EMT (521742)

---

ASSISTING:

---

LOCAL DATA
Was patient moved by stretcher?: N.
Was patient bed confined?: N.
Were physical restraints used?: N.
Was patient unconscious or in shock?: N.


Signed By: Harris, Gary Paramedic (JA303913)

(15)



# PATIENT REQUEST FOR ACCESS OF PHI

Patient Name: John Pate                                Date: 11/14/2019

Address: 833 6th Street

City: Miami Beach        State: Fl         Zip Code: 33139

Social Security No.: 076 70 0817

Last Date of Service: 10/18/2009

*Patient Rights:* As a patient, you have the right to access, copy or inspect your protected health information, or PHI, in accordance with federal law. You may also have the right to request an amendment to your PHI, or request that we restrict the use and disclosure of it. These rights are further described in our Notice of Privacy Practices and in other policies which you may have upon request.

To better allow us to process your request, please indicate the type of request you are making on this form: [check all that apply]

_____ Access to simply review my health information.

___X___ Access to obtain copies of my health information.

_____ Access to review and potentially request amendment of my health information.

_____ Access to review and potentially request an accounting of how my PHI has been used and disclosed to others.

_____ Access to review and potentially request restrictions on the use and disclosure of my health information.

Signature _____

Request Date 11/14/2019

**TEQUESTA FIRE RESCUE**
357 Tequesta Drive, Tequesta, Fl. 33469
Tel 561•768-0550 / Fax 561-768-0693

(16)

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR
PALM BEACH COUNTY

CASE NO. 2009mm080106

**STATE OF FLORIDA**                                    DIVISION_____

VS.

Pate, John

ON_____10-22-09_____

FILED
OCT 2 2 2009
CIRCUIT & COUNTY COURTS
(CRIMINAL DIV.)

☒  Psychiatric (Medical, etc.) Report dated____10-20-09____

   from_____Adam White_____


☐  Presentence Investigation Report dated_____

   from_____


☐  Other_____


# SEALED IN COURT FILE, NOT TO BE
# OPENED WITHOUT ORDER OF COURT

SCANNED
OCT 3 2009



# REFUSAL OF TREATMENT / TRANSPORT (17)

**PATIENT INFORMATION**

Name _John Doe_   Telephone _____

Address _2-77 Village Blvd Apt 7208 Tequesta FL 53469_

DOB _10/1/79_   Physician (s) _____

Age _30_   Race _W_   Sex _M_   SSN _____

I have had my medical condition explained to me, and fully understand that failure to follow the recommendations could cause serious deterioration of my injury or illness, and could result in disability or death. I take full responsibility and choose not to accept:

☐ Treatment          ☐ Transport

_____          _____
Patient Signature                 Date

_____          _____
Patient Representative's Signature          Relationship to Patient

---

**ACKNOWLEDGEMENT OF NOTICE OF PRIVACY PRACTICES**

I acknowledge receipt of the Notice of Privacy Practices of Tequesta Fire Rescue ___X___.
                                                                    (Patient's initials)

If unable to provide patient with NPP, please explain: _____
_____

---

# RELEASE OF LIABILITY

I do not have an injury or illness at this time, and do not request medical assistance. I hereby release Tequesta Fire Rescue and all employees of Tequesta Fire Rescue from any and all liability regarding this incident, and take full responsibility for my actions.

X _____          X _10-18-2009_
Patient Signature                 Date

_____          _____
Patient Representative's Signature          Relationship to Patient

---

Date: _10/18/09_          Run Number: _9E955_

Crew Member 1: _____          Print Name: _G. Harris_

Crew Member 2: _____          Print Name: _Mark Spurgeon_

---

**TEQUESTA FIRE RESCUE**
357 Tequesta Drive, Tequesta, FL  33469
TEL: 561-575-6250  /  Fax: 561-575-6239

Revised 10/01/2003

(18)

| Incident Date | **TEQUESTA FIRE RESCUE** | Incident Number |
|---|---|---|
| 10 / 18 / 09 | 357 Tequesta Drive<br>Tequesta, FL 33469<br>T: 561-575-6250 / F: 561-575-6239 | 090953 |
| Transportation Destination | **EMS FIELD REPORT**<br>Not Final Copy—Subject to Change | Unit ID: RES |

| Incident Location: | | | | | | Dispatched For: E. A. | |
|---|---|---|---|---|---|---|---|
| Time of Onset: | | Chief Complaint: | | | | | |
| Patient Name: JoAn PATE | | | DOB: 10/1/79 | Age: 30 | Sex: | Weight: | Race: |
| Address: | | | | City: | | State: | Zip: |
| SS#: | | | Phone: | | | Physician: | |

Signs & Symptoms:

Medical History:

| Allergies:<br>NONE | Medications:<br>XANEX, SELEXA |
|---|---|

| TIME | BP | PULSE | RESP | SaO2 | BGL mg/dl | TEMP | TREATMENT |
|---|---|---|---|---|---|---|---|
| 21:20 | 132/81 | 112 | 20 | 97 % | | | |
| : | / | | | % | | | |
| : | / | | | % | | | |
| : | / | | | % | | | |
| : | / | | | % | | | |
| : | / | | | % | | | |
| : | / | | | % | | | |
| : | / | | | % | | | |

| **AIRWAY** | **BREATHING** | **SKIN TEMP** | **SKIN COLOR** | **MOISTURE** | **PUPILS** | **GLASCOW SCALE** |
|---|---|---|---|---|---|---|
| Patent | Clear | Warm | Normal | Normal | Equal | Eye Open ___ |
| Partial Obstr | Rales | Hot | Cyanotic | Dry | Reactive | Verbal ___ |
| Obstructed | Rhonchi | Cool | Pale | Diaphoretic | Constricted | Motor ___ |
| | Wheezing | | | | Dilated | Total ___ |
| | Diminished | | | | Unreactive | |
| | Unequal | | | | Unequal | |

| EKG _____ 12-LEAD EKG _____ | MILEAGE |
|---|---|
| REASSESS _____ | START ___ |
| _____ | END ___ |
| _____ | TOTAL ___ |