UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATE,<br><br>    Plaintiff,<br><br>    v.<br><br>TEQUESTA POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.  22-cv-00046-JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 11 |

Now before the Court for consideration is the Report and Recommendation ("Report") issued by Magistrate Judge Tse, in which he recommends that the Court dismiss this action for lack of personal jurisdiction.

On February 14, 2022, Judge Tse issued a screening order pursuant to 28 U.S.C. section 1915 finding the court lacked personal jurisdiction over Plaintiff's complaint. (Dkt. No. 10.) The court ordered Plaintiff to file an amended complaint by February 25, 2022, to cure the deficiencies identified in the order. (*Id*.) Plaintiff did not file an amended complaint, and Judge Tse ordered that the case be reassigned to a district judge and recommended that the district court dismiss the complaint for lack of personal jurisdiction. (Dkt. No. 11.) Plaintiff was given 14 days to file any objection to Judge Tse's Report. (*Id*.) The Clerk served Plaintiff a copy of the Report by First Class Mail at the address of record. (*Id*.) The case was reassigned to the undersigned on March 2, 2022. (Dkt. No. 12.) The deadline to file objections has passed, and as of March 24, 2022, Plaintiff has not filed any objections to the Report.

Having reviewed the Report and the record in the case, the Court finds the Report thorough and well-reasoned. The Court ADOPTS the Report in its entirety. Accordingly, the case is DISMISSED for lack of personal jurisdiction. The dismissal is without prejudice to Plaintiff

refiling in a forum in which the defendants are subject to personal jurisdiction.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 25, 2022

_____
JEFFREY S. WHITE
United States District Judge